

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2021

No. 04-20-00129-CV

Guangcun **HUANG**,
Appellant

v.

Linman **CHANG**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-12481
Honorable Peter Sakai, Judge Presiding

## **O R D E R**

Appellant's unopposed first motion to extend time to file a reply brief is granted. We order the reply brief, if any, due by February 10, 2021.

It is so **ORDERED** on January 7, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT